IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TINA L MOORE,

      Plaintiff,

v.                                     CASE NO. 1:09-cv-00193-MP-WCS

MICHAEL J ASTRUE,

      Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation regarding the

Complaint, Doc. 1. The Magistrate Judge has recommended that the decision of the

Commissioner to deny benefits be affirmed. No party has objected, and the time for doing so has

passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 21, is ADOPTED
and incorporated herein.

2.     The decision of the Commissioner to deny benefits is AFFIRMED.

**DONE AND ORDERED** this  *30th* day of August, 2010

               *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge